**ROBERT LOUIS FISHER, A Professional Corporation, State Bar No. 053524**
**BARTON, KLUGMAN & OETTING LLP**
**350 South Grand Avenue, Suite 2200**
**Los Angeles, CA 90071-3485**
**Telephone: (213) 617-6124**
**Facsimile: (213) 625-1832**
**E-mail: rfisher@bkolaw.com**

**E-FILED June 30, 2008**

**cc: FISCAL**

**Attorneys for Plaintiff BANK OF AMERICA, NATIONAL ASSOCIATION**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> DALRADA FINANCIAL CORP., a Delaware corporation; FENIX CAPITAL, LLC, a Delaware limited liability company; QUALITY PLUMBING, an unincorporated California business organization; ALL STAFFING, INC., a corporation; WARNING MANAGEMENT SERVICES, INC., a corporation; BRIAN BONAR, an individual; JOHN CAPEZZUTO, an individual; EMPLOYMENT SYSTEMS, INC., a California corporation, <br><br> Defendants. | **Case No. CV07-08316 PSG (VBKx)** <br><br> **Honorable Philip S. Gutierrez** <br><br> **[PROPOSED] JUDGMENT IN INTERPLEADER AND RESTRAINING PROSECUTION OF ANY PROCEEDING AGAINST BANK OF AMERICA, NATIONAL ASSOCIATION WITH RESPECT TO INTERPLEADER AND TO DISCHARGE BANK OF AMERICA FROM FURTHER LIABILITY AND FOR DISTRIBUTION OF FUNDS HELD BY THE CLERK** <br><br> **[28 U.S.C. Sections 1335, 2361, F.R. Civ. P. Rule 22]** <br><br> **Trial Date:          None** <br> **Discovery Cutoff:     None** |

The parties having so stipulated, and good cause appearing:

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1.      Defendants are ordered to interplead and litigate their respective rights to $149,487.70 held by the Clerk of the Court and all interest accrued thereon;

**1**

BARTON, KLUGMAN & OETTING, LLP
333 SOUTH GRAND AVENUE
SUITE 3700
LOS ANGELES, CALIFORNIA  90071
TELEPHONE (213) 621-4000

**BARTON, KLUGMAN & OETTING, LLP**
333 SOUTH GRAND AVENUE
SUITE 3700
LOS ANGELES, CALIFORNIA  90071
TELEPHONE (213) 621-4000

1   2.   BANK OF AMERICA, NATIONAL ASSOCIATION ("BANK OF

2   AMERICA") is discharged from any and all liability on account of the claims of

3   defendants, and each of them, with respect to BANK OF AMERICA  Account

4   No. 10264-46278 standing in the name of WARNING MANAGEMENT

5   SERVICES, INC. and BANK OF AMERICA Account No. 10267-43839 standing

6   in the name of EMPLOYMENT SYSTEMS, INC. and the total sum of

7   $149,487.70, which has been paid into the Registry of the Court by BANK OF

8   AMERICA in this matter;

9   3.   The Clerk is directed to pay to BANK OF AMERICA the sum of

10   $5,000 for BANK OF AMERICA'S attorneys' fees and costs incurred in this

11   action from the sums paid into the Registry of the Court.  The Clerk is directed to

12   send a check in the sum of $5,000 payable to "BANK OF AMERICA" to BANK

13   OF AMERICA, c/o Barton, Klugman & Oetting LLP, Robert Louis Fisher, A

14   Professional Corporation, 333 South Grand Avenue, Suite 3700, Los Angeles,

15   California 90071-1599;

16   4.   The parties to this action, and each of them, are restrained from

17   instituting or further prosecuting any action in any court in this state or elsewhere

18   affecting the rights and obligations of BANK OF AMERICA for Account No.

19   10264-46278 and the sums on deposit in said account in the amount of

20   $64,792.70 and BANK OF AMERICA Account No. 10267-43839 and the sums

21   on deposit in said account in the amount of $84,695, and the total sum deposited

22   with the Clerk of this Court in the amount of $149,487.70, and interest accrued

23   thereon;

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

**2**

C:\Temp\notesE1EF34\Judgment.wpd

1    5.    That plaintiff BANK OF AMERICA is released from any obligation

2  to make any further Court appearances or file further papers in this matter.

3    6.    The Clerk is directed to enter the Judgment immediately.

4

5  Dated: __06/27/08_____          ## PHILIP S. GUTIERREZ
                                         _____
6                                        Honorable Philip S. Gutierrez, Judge
                                         of the United States District Court

7

8  Presented by:

9  MULVANEY, KAHAN & BARRY, LLP

10

11 By _____
          John A. Mayers
12 Attorneys for  DALRADA FINANCIAL
   CORPORATION AND BRIAN BONAR
13

14 GIBSON, DUNN & CRUTCHER LLP

15

16 By _____
          James N. Knight
17 Attorneys for FENIX CAPITAL, LLC and
   ALL STAFFING, INC.
18

19

20 _____
          ADAM LINCOLN ROLLINS
21 Attorney for WARNING MANAGEMENT
   SERVICES, INC., JOHN CAPEZZUTO
22 and EMPLOYMENT SYSTEMS, INC.

23

   BARTON, KLUGMAN & OETTING LLP
24

25

26 By _____
          Robert Louis Fisher,
          A Professional Corporation
27 Attorneys for BANK OF AMERICA,
   NATIONAL ASSOCIATION
28

**3**

C:\Temp\notesE1EF34\Judgment.wpd

BARTON, KLUGMAN & OETTING, LLP
333 SOUTH GRAND AVENUE
SUITE 3700
LOS ANGELES, CALIFORNIA  90071
TELEPHONE (213) 621-4000