CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
JAMES N. KNIGHT, SBN 219651, JKnight@gibsondunn.com
LAUREN A. DEEB, SBN 234143, LDeeb@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412

Telephone: (949) 451-3800
Facsimile: (949) 451-4220

E-FILED 11/12/08
JS-6  / CC: FISCAL

Attorneys for Defendants
ALL STAFFING, INC., and
FENIX CAPITAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>DALRADA FINANCIAL CORP., a Delaware corporation; FENIX CAPITAL, LLC, a Delaware limited liability company; QUALITY PLUMBING, an unincorporated California business organization; ALL-STAFFING, INC., a corporation; WARNING MANAGEMENT SERVICES, INC., a corporation; BRIAN BONAR, an individual; JOHN CAPEZZUTO, an individual; EMPLOYMENT SYSTEMS, INC., a California corporation,<br><br>Defendants | CASE NO. CV07-08316 PSG (VBKx)<br><br>Judge Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT PURSUANT TO STIPULATION FOR FINAL DISTRIBUTION OF FUNDS HELD BY THE CLERK**<br><br>Final Pretrial Conf.: November 3, 2008<br>Court Trial:            November 18, 2008<br>Courtroom     :         790 |

Pursuant to the Stipulation of the parties, and good cause appearing therefor:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1.     The Clerk of the Court is directed to immediately pay to Dalrada all Interplead Funds held by the Clerk of Court, and all interest accrued thereon, by forwarding a check payable to

1    "Mulvaney, Kahan & Barry, LLP, in trust for Dalrada Financial Corporation, Inc." to John Mayers, Mulvaney, Kahan & Barry, LLP, 401 West A Street, 17th Floor, San Diego, CA 92101.

       2.    All parties shall bear their own costs of suit incurred herein.

       3.    The Clerk is directed to enter Judgment immediately.

DATED: November 12, 2008

                              ___**PHILIP S. GUTIERREZ**___
                              Honorable Philip S. Gutierrez,
                              Judge of the United States District Court

100544090_1.DOC

Gibson, Dunn & Crutcher LLP